349 Ill. App. 390 (1953)
110 N.E.2d 679
Mary Keretian, Plaintiff-Appellee,
v.
Armenag Asadourian and Guilnaz Asadourian, Defendants-Appellants.
Term No. 52-O-10.
Illinois Appellate Court.
Opinion filed January 30, 1953.
Released for publication March 4, 1953.
Oehmke & Dunham, and Howard F. Boman, for appellants.
McRoberts & Hoban, for appellee.
Royce B. Sheppard, Jr., *391 of counsel.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE BARDENS.
Judgment reversed.
Not to be published in full.